THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* RUTH BROWN and JOHN DAWSON, Appellants.

(Argued March 21, 1932; decided April 26, 1932.)

*Cecile Scheuer, Charles A. Hickey* and *Vincent Auleta* for Ruth Brown, appellant.

*Moses A. Sachs, John A. Bell, Jr., Francis J. Mahoney* and *J. M. Cohen* for John Dawson, appellant.

*Thomas C. T. Crain, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgments of conviction affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN and HUBBS, JJ. LEHMAN, J., dissents and votes for reversal as to Ruth Brown on the ground that there is no evidence of premeditation and deliberation, but concurs as to John Dawson. Not sitting: KELLOGG, J.